Louis Davis, Individually and as Administrator, etc., of Claudia S. Ross, Deceased, Appellant, v. Milton J. Ross (Also Known as Judson Ross, Also Known as M. Judson Ross), Ruth Warren Ross and Alexander Slater, Respondents, and Another, Defendant.— Motion of respondents Ross for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion of respondent Slater for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Dayton Supply Corporation, Respondent, v. Samuel Vitt, etc., and Others, Appellants, and Abraham Schwartz, Respondent.— Motion to amend order affirming judgment and order appealed from denied, without costs. [See ante, p. 905.] Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Marie Frey, Respondent, v. Green Bus Lines, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Isidor Heller, Appellant, v. Henrietta Heller or Henrietta Raidman, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Apeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of Bar Association of Nassau County, Inc., in Respect of Arthur J. Case, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. Respondent was convicted of the crime of misappropriation by a public officer, in violation of section 1865 of the Penal Law, in the County Court, Nassau County. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Petition of Queens County Bar Association with Respect of John F. Hicks, Jr. (Also Known as John Francis Hicks), an Attorney, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the County Court, Queens County, of the crime of grand larceny, first degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.